# RECEIPT

DATE 2-11-15    No. 515944

RECEIVED FROM David Paithinger    $ 5.00

five dollars + 00/100

DOLLARS

○ FOR RENT
○ FOR Oral Argument 04-14-00347-CV

| ACCOUNT | | | ○ CASH |
|---------|--|--|--------|
| PAYMENT | 5.00 | | ○ CHECK |
| BAL. DUE | | | ○ MONEY ORDER |
| | | | ○ CREDIT CARD |

FROM _____ TO _____

BY Noan Gonzalez